United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PEDRO OSCAR CASTILLO, JR., <br> "Plaintiff," <br><br> v. <br><br> CAMERON COUNTY, et al., <br> "Defendants." | § § § § § § § § |

Civil Action No. 1:23-cv-00095

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 35). The R&R recommends this Court **dismiss with prejudice** Plaintiff's "First Amended Prisoner Civil Rights Complaint" ("First Amended Complaint") (Dkt. No. 6). Dkt. No. 35.

Objections were due August 31, 2023. *See* Dkt. Nos. 38 & 43. Plaintiff timely filed a 155-page letter (Dkt. No. 47) containing unsworn incident reports. Plaintiff did not seek leave to file a pleading over the Court's 20-page limit, *see* L.R. 6(F), nor did Plaintiff show good cause for exceeding the page limit. The excess pages do not contain additional arguments nor objections against the R&R (Dkt. No. 35). Thus, Plaintiff's Letter (Dkt. No. 47) is **STRUCK** from the docket.

If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 35) is **ADOPTED**.

Plaintiff's claims against Defendants in his First Amended Complaint (Dkt. No. 6) are **DISMISSED with prejudice**. Plaintiff's Letter (Dkt. No. 47) is **STRUCK** from the docket. The Clerk of the Court is **ORDERED** to close this case.

Signed on this \_14th\_ day of \_September\_, 2023.

Rolando Olvera
United States District Judge